■ In the Matter of ANONYMOUS, Petitioner. [— NYS2d —] —Petition for order granting application for admission pursuant to 22 NYCRR 1022.34 (m) denied. Present—Denman, P. J., Pine, Wisner, Hurlbutt and Balio, JJ.

■ In the Matter of WILLIAM F. CARRIGAN, JR., a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [— NYS2d —] —Order of suspension entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default. Present—Green, J. P., Pine, Wisner, Pigott, Jr., and Balio, JJ.

■ In the Matter of MARK D. DEINHART, an Attorney, Respondent. [692 NYS2d 623] —A certified copy of a certificate having been filed showing that Mark D. Deinhart was convicted of grand larceny in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of JERRY A. SESSION, for Reinstatement. [— NYS2d —] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JAMES CAHILL, Defendant. [692 NYS2d 622] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Onondaga County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate motion may then be made. The relief requested in the motion before us now is premature (*see, People v Mateo,* 239 AD2d 965; *see generally, People v DiPiazza,* 24 NY2d 342). Present—Green, J. P., Pine, Wisner, Pigott, Jr., and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE J. FRAZIER, Appellant. [689 NYS2d 904] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.— Assault, 2nd Degree.) Present—Denman, P. J., Hayes, Wisner, Hurlbutt and Callahan, JJ.